AUSA: Louis F. Meizlish Telephone: (313) 226-9100
AO 91 (Rev. 11/11) Criminal Complaint Officer: Jeremy J. Ferguson Telephone: (313) 926-4790

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
James Robert Hatfield

Case No.
Case: 2:26−mj−30727
Assigned To : Unassigned
Assign. Date : 11/17/2026
Description: CMP USA V. HATFIELD (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 8, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 758 | High speed flight from federal checkpoint |

This criminal complaint is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Officer Jeremy J. Ferguson, CBP
*Printed name and title*

Sworn to before me and signed in my presence.

[signature]
*Judge's signature*

Date: November 17, 2026

City and state: Detroit, Michigan

Kimberly G. Altman, US. Magistrate Judge
*Printed name and title*

## Affidavit in Support of a Criminal Complaint

I, Jeremy J. Ferguson, being duly deposed and sworn states:

1. I am an enforcement officer with U.S. Customs and Border Protection. I have been a CBP officer for 23 years. During my career as a law enforcement officer, I have been involved in various investigations and arrests concerning unlawful flight from immigration and customs inspections and I have received training in this area.
2. The information set forth below is for the limited purpose of establishing probable cause in support of a criminal complaint alleging that James Robert Hatfield committed the criminal offense of high-speed flight from a federal checkpoint in violation of 18 U.S.C. § 758. Since this affidavit is for the limited purpose of establishing probable cause to support the criminal complaint, it contains only a summary of relevant facts and does not necessarily contain all the information collected during my investigation.
3. On November 8, 2026, at approximately 8:35 p.m., while wearing his full-duty uniform, CBP Officer A was performing immigration and customs inspections at booth/lane 20 on the U.S. side of the Gordie Howe International Bridge that connects the cities of Windsor, Ontario, and

Detroit. A gray Dodge Durango approached Officer A's booth. CBP later identified Hatfield as the driver.

4. As Officer A began his inspection, he asked Hatfield, through the open driver-door window, to place the vehicle in park and roll down the rear driver-side window. Hatfield placed the vehicle in park and then began to lower the rear window. The officer stepped toward the vehicle from the booth.

5. While Officer A was only inches away from the vehicle, Hatfield shifted into drive and sped away from the inspection lane and accelerated at a high speed through the checkpoint area, around various traffic-control devices and physical barriers, and fled from the port of entry without authorization from CBP. The speed-limit signs posted within the port of entry are 25 m.p.h. and 35 m.p.h. Numerous officers observed the gray Dodge Durango fleeing the port of entry significantly above those speeds, based on their training and experience.

6. CBP Officer B, in a fully marked law enforcement vehicle, activated his emergency lights and siren and attempted to pursue Hatfield as he fled from officers. Officer B was a former patrol officer with local law enforcement who had years of experience in traffic enforcement.

7. Officer B was traveling above the posted speed limit of 25 m.p.h. as Hatfield drove toward the ramp to northbound Interstate 75. Officer B observed Hatfield continue to increase the distance between their vehicles as Hatfield entered the expressway. The speed limit on I-75 upon entry from the Gordie Howe is 55 m.p.h. When Officer B reached the highway, he estimated the fleeing vehicle to be traveling over 100 m.p.h. Officer B then terminated the pursuit and relayed the information about the suspect vehicle's last known location and direction of travel.

8. CBP commenced an investigation into the incident and eventually developed Hatfield as the suspect driver. Hatfield was a prior registrant of the Durango that fled from Officer A's booth.

9. On November 9, I presented Hatfield's photograph from his Michigan driver's-license registration to Officer A. Officer A said he was certain that Hatfield was the driver who had fled at high speed from his booth at the Gordie Howe Bridge in Detroit, in the Eastern District of Michigan.

10. Based on the foregoing, there is probable cause to believe that, on or about November 8, 2026, the defendant, James Robert Hatfield, committed high-speed flight from a federal checkpoint in violation of 18 U.S.C. § 758.

Jeremy J. Ferguson
Enforcement Officer
U.S. Customs and Border Protection

Subscribed and sworn to before me and signed in
my presence this 17th day of November, 2026

Hon. Kimberly G. Altman
United States Magistrate Judge

November 17, 2026